# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sergio Nieves -Molinero**<br>DOB: 1987; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>12-04209M- |

Complaint for violation of Title 18 United States Code §§ 111(a)(1).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 24, 2012, at or near Amado, in the District of Arizona, defendant **Sergio Nieves -Molinero**, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with U.S. Border Patrol Agent Seth Oppelt, while Agent Oppelt was engaged in the performance of his official duties, that is, **Nieves -Molinero** struck Agent Oppelt in the face, chest, and arm, an act that involved physical contact, in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 24, 2012, Border Patrol responded to a call from an MSS camera operator of 26 suspected illegal immigrants spotted at or near Marley Ranch Road, near Amado, Arizona. Border Patrol Agent Seth Oppelt responded to the area and approached an individual attempting to conceal himself under a tree. Agent Oppelt identified himself as a Border Patrol Agent and instructed the subject to surrender. The subject later identified as **Sergio Nieves -Molinero**, ignored the commands of the agent, pushing him and throwing punches that struck the agent in the face and chest. A struggle ensued and the defendant continued to punch Agent Oppelt in the face. In defense of himself, Agent Oppelt deployed his Collapsible Steel Baton, striking the defendant in the arm. The defendant attempted to abscond, and after a brief foot chase was re-encountered by Agent Oppelt. The defendant tripped and was continuing the kick the agent, striking him in the chest. Agent Oppelt was eventually able to subdue and arrest the defendant.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA Kimberly E. Hopkins | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) | DATE<br>February 27, 2012 |

[1]) See Federal rules of Criminal Procedure Rules 3 and 54